AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

18 U.S.C. § 1028(a)(6) -
Possession of a False or Stolen
United States Identification
Document, Class A Misdemeanor

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

PENALTY:
SEE ATTACHED  E-Filing

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)

United States Department of State, Diplomatic Security Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  **SHOW DOCKET NO.**
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant  **MAGISTRATE CASE NO.**
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  WENDY THOMAS

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

07 JUL 17  AM 10: 40

─── DEFENDANT - U.S. ───
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
JESUS VELEZ, a/k/a ALFREDO GUILLEN [NORTHERN DIST.] OF CALIFORNIA

DISTRICT COURT NUMBER

CR 07 0452

─── DEFENDANT ───  MAG

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges  6/29/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No  } If "Yes" give date filed

DATE OF ARREST  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY  Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

<u>MAXIMUM PENALTIES</u> for JESUS VELEZ under 18 U.S.C. § 1028(a)(6):
Maximum Prison Term 1 Year
Maximum Fine $100,000
Mandatory Special Assessment $25
Maximum Supervised Release Term 1 Year
Deportation

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,          )   No.
                                       )
13       Plaintiff,                    )   VIOLATION: Title 18, United States Code,
                                       )   Section 1028(a)(6) – Possession of a False
14  v.                                 )   or Stolen United States Identification
                                       )   Document (Class A Misdemeanor)
15  JESUS VELEZ,                       )
    a/k/a Alfredo Guillen,             )
16                                     )   SAN FRANCISCO VENUE
         Defendant.                    )
17                                     )

18

19                        I N F O R M A T I O N

20  The United States Attorney charges:

21       On or about October 25, 2000, in the Northern District of California, the defendant,

22                             JESUS VELEZ,
                            a/k/a Alfredo Guillen,
23

24  knowingly possessed an identification document, that was or appeared to be an identification

25  document of the United States, to wit: a California Driver's License in the name of Alfredo

26  Guillen, which was stolen or produced without lawful authority, knowing that such document

27  //

28  //

    INFORMATION

1  was produced without such authority, in violation of Title 18, United States Code, Section

2  1028(a)(6), a Class A Misdemeanor.

3

4  DATED:  7/12/07                                SCOTT N. SCHOOLS
5                                                 United States Attorney

6

7

8                                                 IOANA PETROU
9                                                 Chief, Major Crimes Section

10

11  (Approved as to form:
            WENDY THOMAS
12          Special Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION