DOCUMENTS UNDER SEAL □                                                                                                    E-Filing

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Wings Hom | REPORTER/TAPE NO. FTR 10:19-10:23 |
| --- | --- | --- |
| MAGISTRATE JUDGE NANDOR J. VADAS | DATE July 18, 2007 | □ NEW CASE | CASE NUMBER CR07-0452 MAG |

### APPEARANCES

| DEFENDANT Jesus Velez | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Josh Cohen | □ PD. □ APPT. □ RET. |
| --- | --- | --- | --- | --- | --- |
| U.S. ATTORNEY Crystal Tindell, LC | | INTERPRETER Melinda Basker - Spanish | | | FIN. AFFIDAVIT SUBMITTED □ DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL □ COUNSEL APPOINTED □ PARTIAL PAYMENT OF CJA FEES ORDERED □ |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER Josh Libby | | | |

### PROCEEDINGS SCHEDULED TO OCCUR

| □ INITIAL APPEARANCE | □ PRELIMINARY HEARING | □ MOTION | □ JUDGMENT & SENTENCING | □ STATUS |
| --- | --- | --- | --- | --- |
| □ I.D. COUNSEL | ☒ OR ARRAIGNMENT | □ BOND POSTING/SIGNING | □ IA ON PETITION TO REVOKE PROB. | □ TRIAL |
| □ DETENTION HEARING | □ REMOVAL HEARING | □ CHANGE OF PLEA | □ PROB. REVOC. OR SUPV. REL. HRG. | □ OTHER |

### INITIAL APPEARANCE

| □ ADVISED OF RIGHTS | □ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ TRUE NAME: |
| --- | --- | --- | --- |

### ARRAIGNMENT

| ☒ ARRAIGNED ON INFORMATION | □ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE STATED | □ WAIVER OF INDICTMENT FILED |
| --- | --- | --- | --- |

### RELEASE

| □ RELEASED ON O/R | □ ISSUED APPEARANCE BOND ➜ | AMOUNT OF SECURITY | AMOUNT RECEIVED $ | □ PASSPORT SURRENDERED DATE: |
| --- | --- | --- | --- | --- |

PROPERTY POSTED/TO BE POSTED                                       REAL PROPERTY:
□ CASH         □ CORPORATE SECURITY         □

| □ MOTION FOR DETENTION | □ PRETRIAL SERVICES REPORT ORDERED | □ DETAINED | □ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | □ REMANDED TO CUSTODY |
| --- | --- | --- | --- | --- | --- |

ORDER REMOVED TO THE DISTRICT OF                                   OTHER:

### PLEA

| ☒ CONSENT ENTERED | ☒ NOT GUILTY | □ GUILTY | □ GUILTY TO COUNTS: |
| --- | --- | --- | --- |
| □ PRESENTENCE REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT FILED | □ OTHER: |

### CONTINUANCE

| TO: 7-30-07 | □ I.D. COUNSEL | □ BOND POSTING/SIGNING | □ STATUS RE: CONSENT | □ JURY TRIAL |
| --- | --- | --- | --- | --- |
| AT: 9:30 a.m. | □ FINAN. AFFIDAVIT SUBMITTED | □ PRELIMINARY HEARING OR ARRAIGNMENT | □ PLEA | □ BOND HEARING |
| BEFORE HON. JL | □ DETENTION HEARING | | □ TO HEAR MOTIONS | □ JUDGMENT & SENTENCING |
| □ TIME WAIVED | | □ IDENTITY/REMOVAL HEARING | □ PRETRIAL CONFERENCE | □ PROBATION REV. HEARING |
| □ TIME EXCLUDABLE UNDER 18 § USC 3161 | | □ TRIAL SETTING | □ COURT TRIAL | ☒ STATUS |

### ADDITIONAL PROCEEDINGS

change of plea.

COPIES SENT TO: Gloria,                                                                DOCUMENT NUMBER: