SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CABN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0452 MAG |
| Plaintiff, ) | |
| ) | [**PROPOSED**] ORDER AND |
| v. ) | STIPULATION EXCLUDING TIME |
| ) | FROM JULY 18, 2007, TO JULY 30, 2007 |
| JESUS VELEZ, ) | |
| a/k/a Alfredo Guillen ) | |
| Defendant. ) | |

   The parties appeared before the Honorable Nandor J. Vadas on July 18, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

   1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), and Federal Rule of Criminal Procedure 5.1 from July 18, 2007 to July 30, 2007, in light of the need for effective preparation of counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0452 MAG**

government's discovery and proposed plea agreement with the defendant, and would unreasonably deny the defendant continuity of counsel.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 18, 2007 to July 30, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 18, 2007 to July 30, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED:7/18/2007                /s/_____
                               JOSH COHEN
                               Counsel for Jesus Velez


DATED:7/18/2007                /s/_____
                               WENDY THOMAS
                               Special Assistant U.S. Attorney


IT IS SO ORDERED.

DATED: 7/24/07                 _____
                               THE HON. NANDOR J. VADAS
                               United States Magistrate Judge

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0452 MAG**              2