E-Filing

| DOCUMENTS UNDER SEAL ☐ | | DOCUMENT NUMBER: | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Wings Hom | REPORTER/FTR 9:45-9:56 | |
| MAGISTRATE JUDGE JAMES LARSON | DATE July 30, 2007 | NEW CASE ☐ | CASE NUMBER CR07-0452 MAG |

FILED 2007 JUL 30 AM 11:04 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA

### APPEARANCES

| DEFENDANT Jesus Velez | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Josh Cohen | | PD. ☐ APPT. ☐ | RET. ☐ |
|---|---|---|---|---|---|---|---|
| U.S. ATTORNEY Crystal Tindell, LC | | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER Brad Wilson | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR time | ☐ PRELIM HRG time | ☐ MOTION time | ☒ JUGM'T & SENTG time 07 | ☒ STATUS time 01 |
|---|---|---|---|---|
| ☐ I.D. COUNSEL time | ☐ ARRAIGNMENT time | ☐ BOND SIGNING time | ☐ IA REV PROB. or S/R time | ☐ BAIL REVIEW time |
| ☐ DETENTION HRG time | ☐ ID/REMOVAL HRG time | ☒ CHANGE PLEA time 04 | ☐ PROB. REVOC. time | ☐ SUP REL HRG time |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH  $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☒ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☒ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: waived presentence report |

### CONTINUANCE

| TO: | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIALSET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

1 yr. prob.; $1,000 fine. $25 special assessment. Court finds deft's circumstances have changed and he is not able to make payments for cost of appointed counsel and that order is vacated.

cc: Venice,