08/08/2007  12:24 pm

## Case Debt Type Payment Report
## U.S. Courts

Version 0.2

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Case No. DCAN307CR000452 | | | US V JESUS VELEZ | | | | |
| 001 | JESUS VELEZ | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611008839 | 1 | PR | 25.00 | 07/30/2007 |
| | | | | | | | Division Payment Total | | 25.00 | |
| | | | | | | | Grand Total | | 25.00 | |

$25.00 SPECIAL ASSESSMENT
PAID IN FULL
On 7-30-07

Page 1 of 1