05/29/2008 12:59 PM EST                                                                                       Version 7.0.1

San Francisco

### Case Debt Type Payment Report
### U.S. Courts

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Case No. DCAN307CR000452 | US V JESUS VELEZ | | | | | | |
| 001 | JESUS VELEZ | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611009697 | 1 | PR | 100.00 | 08/22/2007 |
| 001 | JESUS VELEZ | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611010972 | 1 | PR | 100.00 | 10/01/2007 |
| 001 | JESUS VELEZ | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611011906 | 1 | PR | 100.00 | 10/29/2007 |
| 001 | JESUS VELEZ | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611012953 | 1 | PR | 100.00 | 11/29/2007 |
| 001 | JESUS VELEZ | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611013951 | 1 | PR | 100.00 | 12/27/2007 |
| 001 | JESUS VELEZ | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611015069 | 1 | PR | 100.00 | 01/28/2008 |
| 001 | JESUS VELEZ | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611016267 | 1 | PR | 100.00 | 02/26/2008 |
| 001 | JESUS VELEZ | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611017524 | 1 | PR | 100.00 | 03/28/2008 |
| 001 | JESUS VELEZ | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611018564 | 1 | PR | 100.00 | 04/28/2008 |
| 001 | JESUS VELEZ | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611019607 | 1 | PR | 100.00 | 05/28/2008 |
| | | | | | | Sub-Total | | | 1,000.00 | |
| 001 | JESUS VELEZ | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611008839 | 1 | PR | 25.00 | 07/30/2007 |
| | | | | | | Division Payment Total | | | 1,025.00 | |
| | | | | | | Grand Total | | | 1,025.00 | |

CR 07-452 MAG JL

$1000.00 FINE PAID IN FULL
on 5-28-08

**FILED**

JUN - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 of 1